COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REDCHIP.COM, INC.,
a Delaware Corporation,

Plaintiff,

v.

RED CHIPS, REDCHIPS.NET, ENGLE GROUP, THOMAS ENGLEBERT, and DEBORAH ENGLEBERT, and DOES ONE through TEN.

Defendants.

Case No: 00-CV-347 (RHK/JMM)

**Stipulation and Order for Extension of Time To Answer Or Otherwise Respond to Plaintiff's Complaint**

---

The parties to the above-captioned matter hereby stipulate and agree that the time for defendants to answer or otherwise plead to Plaintiff's Complaint in this case is hereby extended up to and including May 22, 2000.

Dated: April 18, 2000

Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
HEINS MILLS & OLSON, P.L.C.
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Tel: (612) 338-4605
Fax: (612) 338-4692



FILED APR 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

LYON & LYON LLP
A Limited Liability Partnership
Including Professional Corporations
James P. Brogan (SBN 155906)
Mikael Havluciyan (SBN 198558)
1900 Main Street, 6th Floor
Irvine, CA 92614
Telephone: (949) 567-2300

Attorneys for Plaintiff,
Redchip.com, Inc.

Dated: April 17, 2000

Thomas Englebert
Tel: (843) 824-8993
Fax: (843) 824-8994
For Defendants RED CHIPS, REDCHIPS.NET, ENGLE GROUP, THOMAS ENGLEBERT, and DEBORAH ENGLEBERT, and DOES ONE through TEN.

It is so Ordered.

Date: 4/21/00

Honorable John M. Mason
U.S. Magistrate Judge