UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REDCHIP.COM, INC.,
a Delaware Corporation,

Plaintiff,

v.

RED CHIPS, REDCHIPS.NET, ENGLE GROUP, THOMAS ENGLEBERT, and DEBORAH ENGLEBERT, and DOES ONE through TEN.

Defendants.

Case No: 00-CV-347 (RHK/JMM)

Order for Extension of Pretrial Conference

---

Pursuant to a request from the parties, the Court will continue the Pretrial Conference currently scheduled for May 31, 2000 for ~~at least~~ 45 days. All other dates set forth in the Court's Order for Pretrial Conference filed April 21, 2000 will also be continued until further specified by the Court.

Dated: 5/23/00

Honorable John M. Mason
U.S. Magistrate Judge

24804.1

FILED MAY 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK